IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00467-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    SALVADOR DOMINGUEZ-PARADA

    Defendant.

_____

ORDER
_____

Upon Defendant Salvador Dominguez-Parada's Motion to Continue Suppression Hearing/Convert to Discovery Hearing (Doc 284 - filed April 27, 2006), it is

ORDERED that the Motion is GRANTED.  The suppression hearing set May 16, 2006 at 9:00 a.m. is converted to a hearing on outstanding discovery matters as to Defendant Salvador Dominguez-Parada only.

BY THE COURT:


    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: May 1, 2006