# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Lewis T. Babcock, Chief Judge

Criminal Case No. 05-cr-00467- LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    SALVADOR DOMINGUEZ-PARADA a/k/a "Prieto"

    Defendant.

___

## Order
___

A Hearing on Discovery Matters was held today and the Court orders as follows:

1) The Court reaffirms the Government's stipulation of February 1, 2006 (Docket # 156) that the Government may not use any intercepted phone calls from Target Telephone Four, having the number (970)-367-0001, in any of its court presentations against any defendant in this case.

2) The Subpoenas Duces Tecum issued for seven DEA Special Agents and Task Force Officers (Docket # 279-2) is quashed.

3) The defendant shall file his second motion to suppress no later than May 19, 2006. The Government shall file its response no later than June 2, 2006.

4) A hearing on defendant's First Motion to Suppress (Docket # 177) will be held Friday, June 9, 2006 at 10:00 am.

**DONE and ORDERED,** this __16th__ day of May, 2006 at Denver, Colorado.

                                                   s/Lewis T. Babcock
                                               United States District Chief Judge