IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00467-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5.      SALVADOR DOMINGUEZ-PARADA

      Defendant.
_____

ORDER
_____

Upon Government's Unopposed Motion to Continue Suppression Hearing (Doc 340 - filed May 22, 2006), it is

ORDERED that the Motion is GRANTED. The hearing set **June 9, 2006 is VACATED and RESET for July 12, 2006 at 9:00 a.m.** All subpoenas issued in this matter are continued to July 12, 2006.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: May 23, 2006