# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Lewis T. Babcock, Chief Judge

Criminal Case No. 05 cr 00467- LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    SALVADOR DOMINGUEZ-PARADA a/k/a "Prieto"

    Defendant.

___

**Order**
___

    A Hearing on defendant Salvador Dominguez-Parada's first suppression motion (Docket #177) was held today and for the reasons stated in court it is so Ordered that:

    1) A joint Hearing on Dominguez-Parada's Motion to Suppress Statements and Evidence Seized as a Result of an Illegal Stop and Arrest (Docket # 177) and Dominguez-Parada's Motion to Suppress Evidence Seized on September 2, 2005 (Docket #329) is scheduled for Wednesday July 26, 2006 at 9:00am.

    2) Any additional briefs on these motions must be submitted no later than Friday, July 21, 2006.

    3) The Subpoenas Duces Tecum issued for seven DEA Special Agents and Task Force Officers to appear at this hearing (Docket #279-2) is quashed as to Dave Rowe and Mike Dillon but remains in effect for the other five agents and officers.

**DONE and ORDERED,** this   12th   day of July, 2006 at Denver, Colorado.

                                              s/Lewis T. Babcock
                                              United States District Chief Judge